## LANE *v.* THE STATE.

FISH, J. The only grounds of the motion for a new trial being that the verdict was contrary to the law and to the evidence, and the evidence being amply sufficient to sustain the verdict, the judgment of the court refusing a new trial is affirmed.            *Judgment affirmed. All the Justices concurring.*

Submitted July 15, — Decided July 18, 1901.

Indictment for selling crop under lien.    Before Judge Adams. City court of Dublin.    May 13, 1901.

*Howard & Armistead,* for plaintiff in error.
*F. G. Corker, solicitor,* contra.